UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:25-mj-00588-MKK |
| | ) | |
| DAVID FINKEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the United States' unopposed motion to extend the time period in which to return an indictment in this matter.

Having reviewed the motion, the Court finds that a period of delay, up to and including September 17, 2025, is warranted and thus, excludable pursuant to Title 18, United States Code, Section 3161(h). The Court finds that this period of delay is warranted and results from the fact that the defendant and the Government are discussing the issues of this case. Title 18, United States Code, Section 3161(h)(7)(A).

The Court also finds that the ends of justice will be served by granting this continuance and outweigh the best interests of public and the defendant in a speedy trial.

1

IT IS THEREFORE ORDERED that any indictment or information in this cause be filed by September 17, 2025. It is further ordered that the period of delay from the filing of the motion to and including September 17, 2025, be excluded from the Speedy Trial Act computation for Defendant David Finkel.

Distribution to all registered counsel via electronic notification.